IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3105 |
| | ) | |
| V. | ) | |
| | ) | |
| MARCUS BUFFUS RICHARDSON SR., | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue, (filing no. 15), is granted and the government is given until September 15, 2009 to provide opposing counsel with Rule 16 discovery.

DATED this 11th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge