IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3105 |
| | ) | |
| V. | ) | |
| | ) | |
| MARCUS BUFFUS RICHARDSON SR., | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    I conferred with counsel today and offered to move this case up in order to meet the dictates of the Speedy Trial Act. Defense counsel advised that he would prefer the presently scheduled trial date and therefore moved to toll the time between now and the date of the previously scheduled trial. I granted the motion. Therefore,

    IT IS ORDERED that the trial of this case shall be held on November 9, 2009, and the time between today's date and the November 9, 2009 trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

    DATED this 24th day of September, 2009.

                                        BY THE COURT:

                                        *Richard G. Kopf*
                                        United States District Judge