IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09CR3105 |
| vs. | ORDER |
| MARCUS BUFFUS RICHARDSON, SR., | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 74), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

   Subject to Defendant's acceptance into the Touchstone program, Defendant shall be released to reside at Touchstone and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Touchstone facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) If Defendant is accepted into the Touchstone program, defense counsel shall promptly advise the court so an order can be entered stating the date and time of Defendant's release to the Federal Public Defenders Office for transport to Touchstone.

October 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge