IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCUS BUFFUS RICHARDSON SR.,<br><br>    Defendant. | **4:09CR3105**<br><br>**ORDER** |

The court has been advised that Defendant may begin treatment on November 28, 2017.

Accordingly,

IT IS ORDERED:

1) The defendant shall be released to reside at Touchstone and participate in that facility's substance abuse treatment program. The defendant shall fully comply with all terms and conditions of supervised release which were imposed at sentencing, and shall further comply with the requirements of defendant's treatment plan and all rules of the Touchstone facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, Defendant shall promptly report to the supervising officer or to any law enforcement officer. In addition, irrespective of whether Defendant self-reports upon discharge or leaving the facility, the United States Marshal, and/or any law enforcement officer is hereby authorized and ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

2) The defendant shall arrive at Touchstone by 10:00 a.m. on November 28, 2017. Defense counsel shall communicate with the Marshal to arrange for Defendant's release to the Federal Public Defenders Office for transport to Touchstone.

November 21, 2017.
                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge